IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
SOUTHERN DIVISION

MARVEL MA                                                    PLAINTIFF

v.                          Case No. 11-3048

THE BOARD OF GOVERNORS OF
MISSOURI STATE UNIVERSITY                                    DEFENDANT

**ORDER**

Now before this Court comes Plaintiff's Motion to Reopen Discovery and Stay Proceedings (doc. 78), Defendant's Suggestions in Opposition (doc. 79) and Plaintiff's Reply (doc. 80). In his motion, Plaintiff seeks an extension of time to respond to Defendant's summary judgment motion and permission to conduct additional discovery. The Court, being well and sufficiently advised, finds Plaintiff's Motion (doc. 78) should be GRANTED to the extent specified in this Order and in the telephone conference with United States Magistrate Judge John T. Maughmer on March 26, 2014.

Plaintiff's request for emails between Mr. Robinette and individuals at LNU regarding teacher/professor hiring, firing and setting of salaries for the time period of 2006-2009 is granted. Plaintiff's request for documents previously identified by Defendant as privileged is denied. Plaintiff is instructed to disclose to Defendant any documents or evidence in his possession that he intends to use in support of his response to Defendant's summary judgment motion.

AO72A
(Rev. 8/82)

Plaintiff has through **May 30, 2014** to respond to Defendant's summary judgment motion. This matter is removed from the May 5, 2014, trial docket and is rescheduled for a jury trial beginning **August 25, 2014.** The pretrial conference scheduled for April 22, 2014, is RESCHEDULED for **August 12, 2014 at 2:00 p.m.** The remaining deadlines in the Amended Scheduling and Jury Trial Order (doc. 60) are adjusted in accordance with these new dates.

IT IS SO ORDERED this 4th day of April 2014.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge