UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | | |
|---|---|---|---|
| MARVEL MA | Plaintiff | ) ) ) | |
| v. | | ) ) ) | Case No. 11-3048-CV-S-RTD |
| BOARD OF GOVERNORS OF MISSOURI STATE UNIVERSITY | Defendant | ) ) ) ) | |

## PLAINTIFF'S EXHIBIT LIST

COME S NOW Marvel Ma, Plaintiff, Pro Se, and pursuant to the Court's September 5, 2014, Amended Scheduling and Pretrial Order, identifies the following exhibits to be used at the trial of this matter. Plaintiff reserves the right to use all exhibits identified by Defendant and to use other exhibits for impeachment and/or rebuttal purposes. Plaintiff also reserves the right to use at trial enlargements, reproductions, and demonstrative exhibits of any exhibit or portions of any exhibit identified by Plaintiff as a trial exhibit.

| | |
|---|---|
| T = offered & admitted w/o objection | Ltd = admitted for limited purposes |
| Ex = offered, but objected to and excluded | X = offered & admitted over objection |

1

| | | | | |
|---|---|---|---|---|
| DB = admitted, de bene | | | NO = marked, but not offered | |
| | | | WD = offered then withdrawn | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| P1 | | | | 2003 Master Agreement between Missouri State University ("MSU") and Liaoning Normal University ("LNU") |
| P2 | | | | 2009 Agreement between MSU and LNU |
| P3 | | | | Plaintiff's 2006 Employment Contract |
| P4 | | | | Plaintiff's 2007 Employment Contract |
| P5 | | | | Plaintiff's 2008 Employment Contract |
| P6 | | | | Plaintiff's 2009 Employment Contract |
| P7 | | | | Shepherd's 2008 Employment Contract |
| P8 | | | | Shepherd's 2009 Employment Contract |
| P9 | | | | Coutts' 2008 Employment Contract |
| P10 | | | | Coutts' 2009 Employment Contract |
| P11 | | | | Plaintiff's 2006 Teaching Evaluations |
| P12 | | | | Plaintiff's 2007 Teaching Evaluations |
| P13 | | | | Plaintiff's 2008 Teaching Evaluations |
| P14 | | | | 2009 MSU West Plains Faculty Ratings |
| P15 | | | | 2007 MSU's Faculty Handbook |
| P16 | | | | 2007 – 2008 LNU-MSU COIB Business Faculty Handbook |
| P17 | | | | 2008 – 2009 LNU-MSU COIB Business Faculty Handbook |
| P18 | | | | 2009 – 2010 LNU-MSU COIB Business Faculty |

|  |  |  |  | Handbook |
|---|---|---|---|---|
| P19 |  |  |  | Spring 2010 LNU-MSU College of International Business Student Handbook |
| P20 |  |  |  | LNU-MSU COIB Fall 2009 Instructor Supplementary Handbook |
| P21 |  |  |  | 2011 MSU Internal Audit of the COIB |
| P22 |  |  |  | 2008 – 2009LNU-MSU COIB Operating Budget |
| P23 |  |  |  | Picture of Michael Coutts |
| P24 |  |  |  | Picture of Robert Nighoshian sleeping in class |
| P25 |  |  |  | Printouts from MSU's website regarding Shepherd, Coutts, and Ma's status |
| P26 |  |  |  | Student Petition to reinstate Plaintiff |
| P27 |  |  |  | Article "An American College in China Struggles to Deliver" written by Paul Mooney |
| P28 |  |  |  | Article "The Springfield - Dalian Connection" written by Brad Bodenhousen |
| P29 |  |  |  | Article "China and the U.S: A Two Way Street" By Dr. Qingbiao Qu and Guangcai Dong |
| P30 |  |  |  | Article "Preparing for the Future" By Dr. Jim Baker and Steve Robinette |
| P31 |  |  |  | Nov. 22, 2000 Article "Educational agreement with Chinese university off to good start" |
| P32 |  |  |  | Fall, 2009 Schedule Spreadsheet ("Fall_Schedule_Yr1n2_LNU_MSU.xls") |
| P33 |  |  |  | Fall, 2009 COIB Faculty Orientation meeting PowerPoint presentation |
| P34 |  |  |  | 2007 handwritten card from Wittkorn to Plaintiff |

| | | | | |
|---|---|---|---|---|
| P35 | | | | Nov. 23, 2009 letter from Dong to Plaintiff re: Plaintiff's termination |
| P36 | | | | Nov. 23, 2009 release letters from COIB |
| P37 | | | | Oct. 29, 2009 Plaintiff's first termination letter |
| P38 | | | | Oct. 29, 2009 Plaintiff's second termination letter |
| P39 | | | | June 22, 2010 APRC grievance resolution letter from Arden Miller |
| P40 | | | | Plaintiff's Missouri Commission on Human Rights (MCHR) discrimination complaint and response |
| P41 | | | | April 6, 2010 Grievances from Plaintiff to MSU's Academic Peer Review Commission |
| P42 | | | | Robinette's May 28, 2010 affidavit to MCHR |
| P43 | | | | Robinette's Aug. 28, 2013 affidavit |
| P44 | | | | Smart's June 4, 2010 letter to MCHR in response to Plaintiff's discrimination claim |
| P45 | | | | Coutts undated letter to Anderson |
| P46 | | | | Shepherd's Feb. 22, 2010 letter to Dong |
| P47 | | | | June 22, 2010 Response to Plaintiff's Grievances to MSU's Academic Peer Review Commission |
| P48 | | | | Translation of part of the COIB's translation of Plaintiff's email that was used in the Chinese trial |
| P49 | | | | Demonstrative Timeline of Events Prepared by Plaintiff |
| P50 | | | | Recording of a face-to-face meeting between Plaintiff and Dong |
| P51 | | | | Recording of phone conversation between Plaintiff and Dong |

| | | | | |
|---|---|---|---|---|
| P52 | | | | Recording of the meeting between Coutts, Pederson, Hamilton, and Plaintiff |
| P53 | | | | Recording of the meeting between Smart, Baker, Robinette, Dong, and Plaintiff |
| P54 | | | | Recording of the meeting between Coutts, Cheong, and a Jingchao Lian |
| P55 | | | | Recording of the meeting between Cheong and Jingchao Lian |
| P56 | | | | Two (2) recording of the two meetings between Shepherd and Plaintiff |
| P57 | | | | May 3, 2006 – May 24, 2006 emails between Plaintiff, Zhang, and Miller re: Plaintiff's employment at the COIB |
| P58 | | | | Nov. 7, 2006 email from Dong re: health insurance |
| P59 | | | | Dec. 4, 2006 email from Wittkorn re: public speaking presentations |
| P60 | | | | Jan. 25, 2007 email from Wittkorn re: faculty evaluations |
| P61 | | | | June 25, 2007 email from McCarthy to Robinette re: Student's complaint of Robert Gard |
| P62 | | | | Oct. 7, 2007 emails between Wittkorn and Plaintiff re: unfair grading |
| P63 | | | | Apr. 8, 2008 email from Wittkorn and Plaintiff re: renewal of his contract |
| P64 | | | | June 23, 2008 email from Wittkorn to Robinette re: Job description for the associate dean |
| P65 | | | | Nov. 20, 2008 email from Wittkorn to COIB administrators re: Wittkorn's salary |
| P66 | | | | Dec. 21, 2008 – Dec. 22, 2008 emails between Robinette, Wittkorn, and Meinert re: Rachel Che's |

5

| | | | | |
|---|---|---|---|---|
| | | | | salary |
| P67 | | | | Dec. 25, 2008 – Dec. 30, 2008 emails between Robinette and Dong re: 2008 – 2009 Branch Campus Budgets |
| P68 | | | | Jan. 2, 2009 email from Dong to COIB re: new associate dean |
| P69 | | | | Jan. 2, 2009 email from Dong to Shepherd re: Shepherd's salary |
| P70 | | | | Jan. 5, 2009 – Jan. 7, 2009 emails between Shepherd and Robinette re: bank accounts |
| P71 | | | | Jan. 13, 2009 emails between Plaintiff and Shepherd re: accounting and shortage of teachers |
| P72 | | | | Feb. 6, 2009 email from Shepherd to Plaintiff and others re: book selection |
| P73 | | | | June 17, 2009 email from Shepherd to COIB re: contracts |
| P74 | | | | Jan. 17, 2009 - Jan. 18, 2009 emails between Plaintiff and Shepherd re: book selection |
| P75 | | | | Jan. 26, 2009 email from Meinert to McCoy re: Plaintiff's course evaluations |
| P76 | | | | Feb. 18, 2009 emails between Shepherd and Robinette re: Hiring of Carey |
| P77 | | | | March 2, 2009 – March 3, 2009 emails between Robinette and Hamilton re: 2010 budgets |
| P78 | | | | March 24, 2009 emails between Shepherd and Plaintiff re: meetings |
| P79 | | | | April 2, 2009 email from Robinette to Hui Tang about teaching at the COIB |
| P80 | | | | April 22, 2009 - May 12, 2009 emails between Robinette and Dong re: Information concerning your |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Dalian program |
| P81 |  |  |  | Apr. 24, 2009 emails between Shepherd, Meinert, and others re: Keeping Dan in the loop |
| P82 |  |  |  | May 2, 2009 email from Shepherd to Robinette re: Faculty Pay |
| P83 |  |  |  | May 7, 2009 – May 8, 2009 emails between Robinette and Clymer re: teaching opportunity at the COIB |
| P84 |  |  |  | June 2, 2009 emails between Robinette, Dong, and Shepherd re: contract problems |
| P85 |  |  |  | June 13, 2009 email from Robinette to Wiseman re: enrollment of a student |
| P86 |  |  |  | June 16, 2009 from Dong to Robinette re: faculty contracts |
| P87 |  |  |  | June 16, 2009 and June 17, 2009 emails between Meinert and Shepherd re: Moses salary |
| P88 |  |  |  | June 19, 2009 Shepherd's email to Robinette re: Lightner |
| P89 |  |  |  | June 22, 2009 – June 24, 2009 emails between Robinette and Dong re: Study in the USA draft coverage with trip to Chicago |
| P90 |  |  |  | June 24, 2009 – June 25, 2009 emails between Robinette and Dong re: hiring of Hamilton and Lightner as associate dean |
| P91 |  |  |  | June 26, 2009 emails between Shepherd, Robinette, and Nyden re: Pay Resolution |
| P92 |  |  |  | June 30, 2009 – July 1, 2009 emails between Robinette and Shepherd re: A thought about Accounting in the next two weeks |
| P93 |  |  |  | July 7, 2009 - July 8, 2009 emails between Shepherd and Meinert re: Revised Curriculum and Pushing One |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Course to 5th semester |
| P94 | | | | | July 8, 2009 email from Meinert to Robinette and Ragan re: 5th Semester FA09 and Beyond |
| P95 | | | | | July 10, 2009 – July 25, 2009 emails between Che, Shepherd, and Meinert re: Che's salary |
| P96 | | | | | July 12, 2009 – July 13, 2009 emails between Shepherd and Robinette re: setting up a FGB 284 class |
| P97 | | | | | July 26, 2009 email from Shepherd to Robinette re: future teaching at MSU/LNU |
| P98 | | | | | Aug. 16, 2009 email from Shepherd to Robinette re: Fred Jennings |
| P99 | | | | | Aug. 19, 2009 – Sept. 1, 2009 emails between Shepherd and Plaintiff re: scheduling of Plaintiff's courses |
| P100 | | | | | Aug. 31, 2009 emails between Shepherd, Robinette, and Morrill re: Accounting course |
| P101 | | | | | Aug. 31, 2009 email from Gong to Ogletree re: registration of Plaintiff's courses |
| P102 | | | | | Aug. 31, 2009 - Jan. 5, 2010 emails between Shepherd and Robinette re: Plaintiff's classes s |
| P103 | | | | | Sept. 2, 2009 email from Shepherd to COIB re: meeting new students. |
| P104 | | | | | Sept. 13, 2009 – Sept. 15, 2009 emails between Robinette to Dong re: Dong's salary |
| P105 | | | | | Sept. 15, 2009 email from Plaintiff to Robinette re: request for a meeting |
| P106 | | | | | Sept. 27, 2009 to Oct. 2, 2009 emails between Dong and Ma |
| P107 | | | | | Oct. 2, 2009 – Oct. 13, 2009 emails between Shepherd, Hamilton, and Coutts re: Plaintiff's |

| | | | | |
|---|---|---|---|---|
| | | | | absences |
| P108 | | | | Oct. 12, 2009 email from Shepherd to Morrill re: Contract idea |
| P109 | | | | Oct. 12, 2009 email from Shepherd to Nigohosian re: Suggestion economics faculty replacement |
| P110 | | | | Oct. 25, 2009 emails between Plaintiff and Shepherd regarding Plaintiff's compensation |
| P111 | | | | Oct. 26, 2009 email from Meinert to Coutts re: CIS205 Syllabus |
| P112 | | | | Oct. 27, 2009 email from Coutts to Shepherd and Robinette re: Plaintiff's termination |
| P113 | | | | Oct. 27, 2009 email from Robinette to Dong re: Shepherd's resignation |
| P114 | | | | Oct. 27, 2009 emails between Coutts and Robinette re: Plaintiff |
| P115 | | | | Oct. 28, 2009 emails from Shepherd and Robinette re: Shepherd's resignation |
| P116 | | | | Oct. 29, 2009 – Nov. 1, 2009 emails between Plaintiff and Coutts re: his termination, contract, request for meeting, and visa |
| P117 | | | | Oct. 29, 2009 emails between Coutts and Shepherd re: Plaintiff's contract |
| P118 | | | | Oct. 29, 2009 email from Coutts to Shepherd and Robinette re: Plaintiff's contract |
| P119 | | | | Oct. 29, 2009 email from Shepherd to Coutts re: Plaintiff |
| P120 | | | | Oct. 30, 2009 – Nov. 1, 2009 emails re: direct deposit |
| P121 | | | | Oct. 30, 2009 – Nov. 1, 2009 emails between Hamilton, Robinette, and dong re: Warner's pay |

| | | | | |
|---|---|---|---|---|
| P122 | | | | Nov. 2, 2009 emails from Robinette and Pederson re: not responding to Plaintiff |
| P123 | | | | Nov. 2, 2009 – Nov. 16, 2009 emails between Plaintiff, Robinette, Pederson, and others re: request for documentation regarding alleged absences |
| P124 | | | | Nov. 2, 2009 – Nov. 15, 2009 emails from Plaintiff to Dong, Coutts, and others re: October's pay |
| P125 | | | | Nov. 2, 2009 email from Robinette to Dong re: withholding Plaintiff's pay |
| P126 | | | | Nov. 3, 2009 emails between Dong and Robinette re: Coutts salary |
| P127 | | | | Nov. 11, 2009 emails between Robinette and Dong re: direct deposit for COIB employees |
| P128 | | | | Nov. 16, 2009 – Nov. 17, 2009 emails between Coutts, Dong, and Robinette re: Pederson's salary |
| P129 | | | | Nov. 23, 2009 email from Wittkorn to Robinette and Dong re: Stecz |
| P130 | | | | Nov. 30, 2009 email from Robinette to Coutts re: Plaintiff's October's pay |
| P131 | | | | Nov. 30, 2009 – Dec. 3, 2009 emails between Robinette, Dong, Coutts, and Plaintiff re: his October's pay, salary and termination |
| P132 | | | | Dec. 8, 2009 – Dec. 19, 2009 emails between Dong and Plaintiff re: LNU's president contact info |
| P133 | | | | Dec. 18, 2009 emails between Plaintiff, Robinette, and Smart re: final letter |
| P134 | | | | Dec. 21, 2009 email from Plaintiff to Baker, Meinert, and others re: final appeal |
| P135 | | | | Dec. 21, 2009 emails between Robinette and Dong re: Teacher Contracts |

| | | | | |
|---|---|---|---|---|
| P136 | | | | Dec. 22, 2009 – Feb. 2, 2010 emails between Meinert and Plaintiff re: teaching evaluations |
| P137 | | | | Dec. 22, 2009 – Dec. 24, 2009 emails between Robinette and Dong re: Wittkorn's salary |
| P138 | | | | Dec. 22, 2009 email from Dong to Baker, Meinert, and Robinette re: Plaintiff's final appeal |
| P139 | | | | Dec. 22, 2009 email from Morrill to Robinette re: Contracts/Visas |
| P140 | | | | Dec. 22, 2009 – Dec. 23, 2009 emails between Coutts, Robinette, and Dong re: Coutts as associate dean |
| P141 | | | | Dec. 23, 2009 emails between Robinette and Dong re: Nigohosian's salary |
| P142 | | | | Dec. 28, 2009 emails between Robinette and Dong re: Academic Center Tutor Salaries |
| P143 | | | | Dec. 28, 2009 email from Dong to Robinette Coutts, Bakers, and others regarding collecting evidence of Plaintiff's absences |
| P144 | | | | Dec. 23, 2009 – Jan. 16, 2010 emails between Plaintiff, Dong, Baker re: reminder for final decision |
| P145 | | | | Jan. 4, 2010 email from Plaintiff to Coutts, Robinette, and others re: CIS 232 grading policy |
| P146 | | | | Jan. 8, 2010 email from Plaintiff to his former students |
| P147 | | | | Jan.10, 2010 emails between Plaintiff, Robinette, Coutts, and others re: CIS 232 grading |
| P148 | | | | Jan. 20, 2010 – Feb. 2, 2010 emails between Plaintiff, MSU Human Resources, and Dong re: his personnel records |
| P149 | | | | Jan. 20, 2010 email from Plaintiff to Baker, Robinette, and others re: intent to file adverse employment grievance |

11

| | | | | |
|---|---|---|---|---|
| P150 | | | | Feb. 10, 2010 – Feb. 11, 2010 emails between Dong and Coutts re: Plaintiff's termination |
| P151 | | | | Feb. 12, 2010 emails between Coutts and Shepherd re: Marvel Ma Documentation and statement |
| P152 | | | | Feb. 12, 2010 emails between Coutts, Shepherd, and Dong re: Marvel has appealed for arbitration |
| P153 | | | | Feb. 19, 2010 email from Coutts to Robinette re: Meeting with Dean Dong |
| P154 | | | | Feb. 23, 2010 – Feb. 24, 2010 emails between Robinette and Coutts re: faculty orientation schedule and handbook |
| P155 | | | | March 3, 2010 – March 14, 2010 emails between Meinert, Robinette, and Dong re: Plaintiff's reinstatement and upcoming visit |
| P156 | | | | March 11, 2010 – April 10, 2010 emails between Plaintiff, Dong, Smart, and others re: March 8, 2010 offer |
| P157 | | | | March 16, 2010 emails between Robinette, Coutts, and Dong re: proposed faculty for sy2010 |
| P158 | | | | March 24, 1010 email from Robinette to Dong re: Plaintiff's settlement |
| P159 | | | | April 29, 2010 emails between Plaintiff and Dong re: more meetings |
| P160 | | | | Aug. 29, 2010 email from Baker to Robinette re: Coutts' behavior |
| P161 | | | | April 29, 2010 emails between Robinette and Dong re: Plaintiff's relationship with a student |
| P162 | | | | April 30, 2010 emails between Robinette and Shepherd re: problems with Plaintiff |
| P163 | | | | May 16, 2010 – May 17, 2010 emails between |

12

| | | | | |
|---|---|---|---|---|
| | | | | Plaintiff and COIB staff re: request for release letter |
| P164 | | | | May 20, 2010 email from Plaintiff to MSU President and others re: Final Opportunity to Intervene |
| P165 | | | | June 2, 2010 emails between Robinette and Hamilton re: student statements about Plaintiff |
| P166 | | | | June 3, 2010 – June 10, 2010 emails between Plaintiff and Woodward re: ARPC and PPRP grievances |
| P167 | | | | June 6, 2010 – Aug. 2, 2010 emails between MSU's Academic Peer Review Commission and Plaintiff re: Conclusions of the APRC |
| P168 | | | | June 10, 2010 email from Plaintiff to Robinette and Dong re: matters relating to the trial |
| P169 | | | | June 14, 2010 – Aug. 2, 2010 emails between Miller and Plaintiff re: grievance process |
| P170 | | | | July 10, 2010 email from Hardisty to MSU president re: inappropriate behavior at the COIB |
| P171 | | | | July 13, 2010 – July 16, 2010 emails between Robinette and Dong re: Coutts behavior |
| P172 | | | | Aug. 4, 2010 email from Robinette to Dong re: Plaintiff's visa |
| P173 | | | | March 21, 2011 email from Robinette to Dong re: Plaintiff's lawsuit |

Respectfully submitted,

/s/ *Marvel Ma*

Marvel Ma

Pro se

13

2019 Weldon Blvd.

Ann Arbor, MI 48103

TEL 419-340-7909

EMAIL marvelwork@gmail.com

## Certificate of Service

The undersigned hereby certifies that on this sixth day of October, 2014, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record. In addition, the foregoing was served by electronic mail upon the following:

- Ian Paul Cooper (icooper@tuethkeeney.com)
- Mollie Hennessee (mhennessee@tuethkeeney.com)
- Ryan DeBoef (ryandeboef@missouristate.edu)

Dated 10-06-2014

/s/ *Marvel Ma*

Pro se