IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| MARVEL MA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11-03048-CV-S-BP |
| ) | |
| MISSOURI STATE UNIVERSITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On March 17, 2015, the Court held a telephone conference regarding the current trial setting and related matters. During the telephone conference, the Court made the following orders:

The trial setting of April 20, 2015 and the pre-trial conference setting of April 9, 2015 are **CONTINUED**. The parties are **ORDERED** to notify the Court within 7 days of the date of this order regarding their availability to reset this matter for trial commencing August 17, 2015 or October 13, 2015.

Further, Plaintiff is hereby **ORDERED** to provide a witness list limiting his witnesses who may be called to 5 witnesses within 14 days of the date of this order.

Finally, Defendants' Motion in Limine, (Doc. 124), Plaintiff's Motion in Limine, (Doc. 127), Defendants' Motion for Judgment on the Pleadings, (Doc. 133), Defendants' Revised Motion in Limine, (Doc. 135), and Defendants' Motion to Quash, (Doc. 137), are **DENIED without prejudice**.

**IT IS SO ORDERED**.

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

DATE: March 17, 2015