IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| MARVEL MA ) | |
| Plaintiff, ) | |
| v. ) | Case No. 11-cv-03048-BP |
| ) | |
| MISSOURI STATE UNIVERSITY, et al. ) | |
| Defendants. ) | |

**PLAINTIFF'S WITNESS LIST**

COMES NOW, Plaintiff, by and through counsel, and pursuant to the Court's March 25, 2015 Amended Scheduling and Pretrial Order, presents his witness list. In addition to the Plaintiff, the following witnesses may be called to testify at the trial of this matter:

1. Stephen H. Robinette
2. James P. Baker
3. David B. Meinert
4. June McHaney
5. Drew A. Bennett
6. Arden T. Miller
7. Peng Zhang
8. Belinda R. McCarthy
9. Richard Stecz
10. Yang Ding
11. Xuejiao Jiang
12. Any additional witnesses found on Defendants' witness list.
13. Any witness necessary for foundation, rebuttal or impeachment as permitted under the F.R.C.P.

Respectfully submitted,
JOHNSTON & SMITH, LLC

/s/ George S. Smith

1

George S. Smith, Mo. Bar #53019  
Randall B. Johnston, Mo. Bar #35936  
2800 Forum Blvd., Suite 3  
Columbia, MO 65203  
(573) 499-1616  
(573) 449-3004 (Fax)  
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August, 2015, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which sent notification of such filing to:

| | |
|---|---|
| Ryan Todd DeBoef | Ian Cooper and Mollie Hennessee |
| Missouri State University | Tueth, Keeney, Cooper, Mohan & Jackstadt, P.C. |
| 901 St. Louis St. | 34 Meremac Ave. |
| Suite 1800 | Suite 600 |
| Springfield, MO 65806 | St. Louis, MO 63105 |

/s/ George S. Smith