UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| MARVEL MA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:11-cv-3048-BP |
| ) | |
| BOARD OF GOVERNORS OF ) | |
| MISSOURI STATE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S WITNESS LIST

COMES NOW Defendant Board of Governors of Missouri State University (the "University"), by and through its attorneys TUETH KEENEY COOPER MOHAN & JACKSTADT, P.C., and pursuant to the Court's March 25, 2015 Amended Trial and Pretrial Order, identifies the following witnesses who will and may be called at the trial of this matter. The University reserves the right to call all other witnesses identified by Plaintiff and to call other witnesses for impeachment and rebuttal purposes.

The following witnesses will be called by the University:

    Stephen H. Robinette
    Associate Vice President, International Programs
    Missouri State University
    901 South National Avenue
    Springfield, Missouri 65897
    Phone: 417-836-4988

    Guangcai Dong
    Dean, LNU-MSU College of International Business
    Liaoning Normal University
    850 Huanghe Road
    Dalian, China 116029
    Phone: 86-411-8215-8008

The following witnesses may be called by the University:

    James P. Baker, Ph.D.
    Vice President, Research and Economic Development and International Programs
    Missouri State University
    901 South National Avenue
    Springfield, Missouri 65897
    Phone: 417-836-8501

    Drew A. Bennett, Ph.D.
    Chancellor, West Plains
    Missouri State University
    128 Garfield
    West Plains, Missouri 65775
    Phone: 417-255-7900

    Michael Coutts
    Associate Dean, LNU-MSU College of International Business
    Liaoning Normal University
    850 Huanghe Road
    Dalian, China 116029
    Phone: 86-411-8215-8008

    Belinda R. McCarthy, Ph.D.
    Professor
    Missouri State University
    901 South National Avenue
    Springfield, Missouri 65897
    Phone: 417-836-5223

    David B. Meinert, Ph.D.
    Associate Dean, College of Business
    Missouri State University
    901 South National Avenue
    Springfield, Missouri 65897
    Phone: 417-836-5646

    Arden T. Miller, Ph.D.
    Faculty Emeritus
    Missouri State University
    901 South National Avenue
    Springfield, Missouri 65897

June McHaney
Director of Internal Audit (retired)
May be contacted through the undersigned counsel

Peng Zhang
China Operations Specialist
Missouri State University
901 South National Avenue
Springfield, Missouri 65897
Phone: 417-836-5486

                Respectfully submitted,

                TUETH KEENEY COOPER
                MOHAN & JACKSTADT, P.C.

                */s/ Ian P. Cooper*
                Ian P. Cooper  #32133
                Mollie E. Hennessee #61647
                34 N. Meramec, Suite 600
                St. Louis, Missouri 63105
                Telephone:  (314) 880-3600
                Facsimile:   (314) 880-3601
                Email:  icooper@tuethkeeney.com
                Email: mhennessee@tuethkeeney.com

                **ATTORNEYS FOR THE BOARD OF GOVERNORS OF MISSOURI STATE UNIVERSITY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of August, 2015, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

George Smith
Johnston & Smith, LLC
2800 Forum Blvd. Suite 3
Columbia, MO 65203

/s/ *Ian P. Cooper*
Attorney